AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Timothy James Hetzel<br>DOB: XXXXXX | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:26-mj-00088
Assigned To: Judge Harvey, G. Michael
Assign. Date: 5/19/2026
Description: COMPLAINT W/ARREST WARRANT

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____May 16, 2026_____ in the county of _____ in the _____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year , |
| 22 D.C. Code §§ 4503(a)(1) and (b)(1) | Unlawful Possession of a Firearm (Prior Conviction). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Edward McCarty , Detective
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____05/19/2026_____

_____
*Judge's signature*

City and state:          Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*