Case: 1:26-mj-00088
Assigned To: Judge Harvey, G. Michael
Assign. Date: 5/19/2026
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

1.      On May 16, 2026, at approximately 4:22 pm, law enforcement responded to a call regarding an individual armed with a weapon aboard Metro Train ID #115, rail car number 7451. The individual was described as a white male, wearing a black shirt, Khaki pants, cowboy boots, and carrying a black bookbag and blue suitcase. Law enforcement located the described individual on rail car 7451, identified him as Timothy James Hetzel via his Maryland Learner's permit, removed him from the rail car, and placed him in handcuffs.

2.      According to the witness who made the initial observation, Hetzel had ammunition in his backpack, loaded his firearm, cocked it back, and placed it back into his black backpack while on rail car 7451.  Still shots from surveillance footage inside rail car 7451 are below as Figures 1 and 2.



*Figure 1: WMTA surveillance of what appears to be Hetzel reaching into a backpack.*



*Figure 2: WMATA surveillance of Hetzel wearing a black shirt, Khakis, cowboy boots, and carrying a black bookbag and blue suitcase.*

3. Given this information, upon making contact with Hetzel, law enforcement conducted a pat down of Hetzel's outer garments and his backpack. At this point, the pat down yielded no results.

4. Law enforcement then contacted the initial caller and brought the caller to the Woodley Park Metro Station via a Metro cruiser to conduct a "show up." The caller who witnessed and reported the incident was able to confirm that the individual at Woodley Park Metro Station was the same individual from the train and recognized the same backpack. After this confirmation, law enforcement then searched Hetzel's black bookbag and recovered a teal-covered firearm in the pocket of a brown jacket that was folded, in addition to ammunition.



*Figure 3: The black backpack containing the folded brown jacket in which the firearm was recovered.*



*Figure 4: The firearm and ammunition that were recovered from inside the black backpack.*

5.      The firearm recovered inside Hetzel's backpack appeared to be a weapon that was designed to, or that could readily be converted to expel a projectile by the action of an explosive. Specifically, it was a teal Polymer80, model PF940C 9mm handgun. The handgun was not chambered and there were thirteen 9mm rounds inside the inserted magazine. An additional fifty-seven rounds of 9mm ammunition were recovered. Hetzel did not have a license to carry a concealed firearm.

6.      In 2018, Hetzel was convicted in Stanford County Circuit Court case number CR16001159-00 of a felony offense for Stolen Property with Intent to Sell. For that crime, he received a sentence of 2 years, with 1 year and 2 months suspended, and 5 years' probation. In 2018, Hetzel was also convicted in Stanford County Circuit Court case number CR17001263-00 of a felony offense for Failure to Appear on a Felony Offense. For that crime, he received a sentence of 12 months, fully suspended, and 5 years' probation.

7.      There are no ammunition manufacturers in the District of Columbia. Therefore, the ammunition described above necessarily traveled in interstate commerce before it was recovered in the District of Columbia. Based on the facts contained in this affidavit, there is probable cause to believe that Timothy James Hetzel unlawfully possessed a ammunition and a firearm after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1), and in violation of 22 D.C. Code §§ 4503(a)(1) and (b)(1).

Respectfully submitted,

_____
MTPD Detective Edward McCarty
Badge #D963
Metro Transit Police Department

Subscribed and sworn by telephone pursuant to Federal Rule of Criminal Procedure 4.1 on May 19, 2026.

_____
HON. G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE