AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

FID 11965261

**RECEIVED**

By USMS District of Columbia District Court at 4:33 pm, May 19, 2026

United States of America

v.

Timothy James Hetzel

)
)
)
)
)
)

Case: 1:26-mj-00088
Assigned To: Judge Harvey, G. Michael
Assign. Date: 5/19/2026
Description: COMPLAINT W/ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                    Timothy James Hetzel                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) Unlawful Possession of Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year ;
22 D.C. Code §§ 4503(a)(1) and (b)(1)Unlawful Possession of a Firearm (Prior Conviction).

Date:     05/19/2026

_____
*Issuing officer's signature*

City and state:          Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 05/19/2026 , and the person was arrested on *(date)* 05/20/2026 at *(city and state)* Washington PC . Date: 05/20/2026 |

*Arresting officer's signature*

Stephyn H. Lowe  DUSM
*Printed name and title*