**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | )    **No. 26-mj-88** |
| **TIMOTHY HETZEL** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**DEFENDANT'S MOTION FOR RELEASE FOR CUSTODY**

Defendant Timothy Hetzel respectfully requests that this Court releases him to inpatient residential substance abuse treatment.  Based on a complaint charging one count of unlawful possession of a firearm in violation of 18 U.S.C. § 922(g), the government requested pretrial detention of Mr. Hetzel pursuant to 18 U.S.C. § 3142(f)(1)(A), asserting that there are no conditions or combination of conditions that will reasonably assure the safety of the community or reasonably assure his return to court.  The Magistrate Court denied the government's request for detention on dangerousness grounds, but detained Mr. Hetzel because it found him to be a serious risk of flight.  Observing that "something has been going on with him" for a long time, the Court noted that Mr. Hetzel had apparently missed several court dates throughout his life and found that the government had demonstrated, by a preponderance of the evidence that Mr. Hetzel was a serious risk of flight to return to Court.

Mr. Hetzel has long suffered from Substance Abuse Disorder.  He was first exposed to fentanyl and cocaine at the age of 16 and began regularly taking prescription opiates since 2010. He reports taking 30mg and 120mg per day for much of his adult life.  He has attempted to stop several times but has experienced terrible withdrawal symptoms including seizures, vomiting

1

and intense headaches.  Mr. Hetzel acknowledges that his drug use has taken control of much of his life and has jeopardized his health.  He has spent many of his adult months homeless.  He had a heart attack last year at the age of 34.  With that wakeup call, he began methadone treatment in the community and continues to receive suboxone at the D.C. Jail.

Mr. Hetzel recognizes that his addiction is too severe to rely simply upon methadone and seeks intensive drug treatment.  He last received treatment in 2004.  He also suffers from Anxiety Disorder but has never received any mental health treatment or even counseling.

With the help of the Court's Community Resource Manager, Gregory Bowyer, Mr. Hetzel has been accepted for admission into Pyramid Healthcare, located in Charlotte Hall in St. Mary's County, Maryland.  This dual-diagnosis residential program begins with a 30 to 60 day blackout period that can be extended as needed. Along with co-occurring mental health treatment, Pyramid provides Medication-assisted treatment (MAT).  Importantly, Pyramid offers transportation service to and from court to ensure that Mr. Hetzel will appear.  In addition, Pyramid permits individuals to have location monitoring devices while in residential treatment. Additional details can be found here.  https://www.pyramid-healthcare.com/location/md/charlotte-hall/.

The hallmarks of the treatment are group therapy, Monday through Thursday from 11am to 2pm for the first thirty days and larger daily group sessions thereafter.  The facility offers medication management.  Patients are monitored 24/7 and an on-site nurse is always available. Urines are administered weekly on a random basis.

Although the Court has initially decided to detain Mr. Hetzel, the Court must still apply the presumption of release weighed against the conditions available to it.  With intensive

residential drug treatment that is monitored, staffed and combined with electronic monitoring, Mr. Hetzel presents little risk of not coming to court, and certainly not a serious risk of flight.

Pyramid also provides care to individuals without active health insurance, often an obstacle for indigent court-involved individuals.  Pyramid has accepted Mr. Hetzel into the program and is available to pick him up from the courthouse on Monday, June 1, 2026.  Counsel requests that, if the Court wishes to hold an additional detention hearing, that a hearing be set for Friday, May 29, 2026.  Additionally, should the Court desire to have Mr. Hetzel on location monitoring that can be affixed on Monday, June 1, 2026, prior to his transport to the inpatient treatment center.

### Conclusion

Given this new option, the government has not overcome the presumption of release in this case.  Mr. Hetzel respectfully requests that the Court release him to Pyramid Healthcare so that he can recover from a debilitating addiction that has nearly destroyed his life.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

*/s/ Diane Shrewsbury*
DIANE SHREWSBURY
EUGENE OHM
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

3